CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7320
Facsimile: (415) 436-6748
Email: Kenneth.Kao@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REQUEST FOR JUDICIAL ASSISTANCE FROM SOLOMYANSKY DISTRICT COURT OF KYIV, UKRAINE IN THE MATTER OF MATTER OF IRYNA MYKOLAIVNA SOPILKO | No. 26-mc-<br><br>**EX PARTE APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

Pursuant to 28 U.S.C. Section 1782 and a Letter of Request for International Judicial Assistance from the Solomyansky District Court of Kyiv, Ukraine, for information from Meta Platforms, Inc. (“Meta”), and for the reasons stated in the accompanying Memorandum of Points and Authorities, the United States of America respectfully petitions this Court for an order appointing Assistant United States Attorney Kenneth J. Kao as Commissioner for the purpose of obtaining information from Meta and to take such other action as is required to execute the request made by the Ukrainian Court in connection with a judicial proceeding before the Ukrainian Court captioned *Matter of Iryna Mykolaivna Sopilko*, Ref. No. 12-52-26.

The grounds for this Application are more fully set forth in the Memorandum of Points and Authorities and the Declaration of Kenneth J. Kao, filed simultaneously with this Application. A proposed Order is also submitted for the convenience of the Court.

DATED: June 30, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kenneth J. Kao*
KENNETH J. KAO
Assistant United States Attorney